# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

KWAME DALAS SPAULDING,

      Plaintiff,

  v.

S. DILLMAN,

      Defendant.

2:24-cv-58

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 11.  Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed.  Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court and **DISMISS without prejudice** Plaintiff's Complaint for failure to follow this Court's directives.  I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 21 day of August, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA